IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., ) | |
| ) | Case No.: 20-cv-3631 |
| Plaintiff, ) | |
| ) | Judge Gary Feinerman |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE A ) | |
| HERETO, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by THOSE CHARACTERS FROM CLEVELAND, LLC. (collectively "Plaintiff" or "Care Bears") against the defendants identified in the attached First Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Care Bears Trademarks and Copyrights.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114, et seq.), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Care Bears Trademarks or Copyrights or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not

a genuine Care Bears Product or is not authorized by Plaintiff to be sold in connection with the Care Bears Trademarks or Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Care Bears Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Care Bears Trademarks or Copyrights;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. further infringing the Care Bears Trademarks or Copyrights and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Care Bears Trademarks or Copyrights or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with

3

the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Care Bears Trademarks or Copyrights or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine Care Bears Product or is not authorized by Plaintiff to be sold in connection with the Care Bears Trademarks or Copyrights.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within five (5) business days of receipt of this Order, shall, at Plaintiff' choosing:

   a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

   b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within five (5) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the Care

        Bears Trademarks or Copyrights, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Care Bears Trademarks or Copyrights; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified in Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit Care Bears Trademarks or Copyrights on products sold through at least the Defendant Internet Stores.

5. Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

6. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress and Alipay is ordered to release to Plaintiff the amounts from Defaulting Defendants' Amazon accounts within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress

5

and Alipay in the event that any new Amazon accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress and Alipay shall within five (5) business days:

   a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts;

   b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' Aliexpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

   a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

   b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

6

9. In the event that Plaintiff identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand-dollar ($10,000) surety bond posted by Plaintiff, including any interest minus the registry fee, is hereby released. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: December 17, 2020

_____
The Honorable Gary Feinerman
United States District Court Judge

## AMENDED SCHEDULE A

| Doe | Seller Name |
|---|---|
| 1 | 1981 Store |
| 2 | 2LC Store |
| 3 | A Side Store |
| 4 | aa65AS2019 Store |
| 5 | AB Shop Store |
| 6 | AccFulee BasicFlagship Store |
| 7 | AccFulee Official Store |
| 8 | Aiweising Global Source (HK) Co.,Ltd |
| 9 | Aplus Digital Franchised Store |
| 10 | Arvin Boratat Digital Store |
| 11 | AShop123456 Store |
| 12 | BIGBIG World Store |
| 13 | Bonnie Online |
| 14 | BORNDO Digital Store |
| 15 | Cartoonpet Store |
| 16 | Censi 3c Store |
| 17 | chenysbd 3c Store |
| 18 | Chito Digital Store |
| 19 | ClearLove727 Store |
| 20 | COMD 02 Store |
| 21 | COMD 03 Store |
| 22 | DIYCASE47 Store |
| 23 | ewau33 Store |
| 24 | FashinoShop Store |
| 25 | Fashion Phone Accessories Co. Ltd |
| 26 | FENGYU Store |
| 27 | GlamPhoneCaseShop Store |
| 28 | GOOYIYO Official Store |
| 29 | Gurioo Official Store |
| 30 | GYKZ Store |
| 31 | hani |
| 32 | Haozhengqian Store |
| 33 | huanhuangadgets50 Store |
| 34 | HyunShell Store |
| 35 | jamular OfficialFlagship Store |
| 36 | Jasmina Store |
| 37 | JeanDiy Store |
| 38 | JIEYU02 Store |
| 39 | jieyukeji Store |
| 40 | JoyCare Store |
| 41 | JRcute Store |
| 42 | Jun 5252203 01 Store |
| 43 | Junzee Store |
| 44 | LuckinessCase Store |

| | |
|---|---|
| 45 | LUYIYANGDA PhoneAccessory Store |
| 46 | Lzxci Store |
| 47 | ManaCASE Store |
| 48 | MaxGear Official Store |
| 49 | MieYangYou Store |
| 50 | Ming Yue Store |
| 51 | Minxin Factory Store |
| 52 | Mobile Phone Accessories & Parts Store |
| 53 | MUKing Store |
| 54 | MY Excellence YI Store |
| 55 | N1986N Official Store |
| 56 | NI NI 520 Store |
| 57 | NI NI C ase Store |
| 58 | NiceKing PhoneCase Store |
| 59 | Null Store |
| 60 | OceanWorld Store |
| 61 | OFFeier Store |
| 62 | One2Slay Store |
| 63 | Phone&Tablet Accessories Store |
| 64 | Pretty Cute cute trand Store |
| 65 | PrettyWorld Store |
| 66 | QINUO 3C Store |
| 67 | QINUO Outlet Store |
| 68 | QQCase Store |
| 69 | RACHEL7 Store |
| 70 | Rawston Store |
| 71 | Reayou Store |
| 72 | Saige Factory Store |
| 73 | Samba27 Store |
| 74 | SecondSpace Store |
| 75 | SFCase Store |
| 76 | ShenZhen ET Digital Mall |
| 77 | Shop1973166 Store |
| 78 | Shop2179015 Store |
| 79 | Shop3114017 Store |
| 80 | Shop3617129 Store |
| 81 | Shop4380045 Store |
| 82 | Shop4811018 Store |
| 83 | Shop5057127 Store |
| 84 | Shop5124047 Store |
| 85 | Shop5144021 Store |
| 86 | Shop5204037 Store |
| 87 | Shop5241033 Store |
| 88 | Shop5400010 Store |
| 89 | Shop5496124 Store |
| 90 | Shop5514108 Store |
| 91 | Shop5589188 Store |
| 92 | Shop5607128 Store |

| | |
|---|---|
| 93 | Shop5619282 Store |
| 94 | Shop5626172 Store |
| 95 | Shop5630270 Store |
| 96 | Shop5780609 Store |
| 97 | Shop5792890 Store |
| 98 | SiliconeCase Store |
| 99 | Sision Co., L. Store |
| 100 | SmartMobile Accessories Store |
| 101 | SoHappy Store |
| 102 | soinmy Mammon Store |
| 103 | Sprites House Store |
| 104 | StitchMax Store |
| 105 | Strive678912 Store |
| 106 | SuperFashion Ruth Store |
| 107 | THE END PhoneCover Store |
| 108 | the GreatSnail Store |
| 109 | The Power of Dreams Store |
| 110 | TZEON Official Store |
| 111 | UZMLI Global Store |
| 112 | VColors Store |
| 113 | ViewFar Merry Store |
| 114 | Welcome DropShip DropShip Store |
| 115 | winwinsales39 Store |
| 116 | woyang Store |
| 117 | YKX Tech CO LTD Store |
| 118 | Yongsheng Phone accessories store Store |
| 119 | yuan46 Store |
| 120 | ZCase Store |
| 121 | Ze Ru co., LTD. Store |
| 122 | Zhengqian Store |
| 123 | Classicaltshirts Store |
| 124 | Customisedtshirt Store |
| 125 | All Family |
| 126 | Qiqiang Trading Company Ltd. Store |
| 127 | Shop5082176 Store |
| 128 | Children's Digest Store |
| 129 | KEKEXIHAOZ Children's factory Store |
| 130 | chencc Store |
| 131 | Shop5361242 Store |
| 132 | B&Lfashion Store |
| 133 | Bdghdgwlw Mascot Costume Factory Store |
| 134 | chenmumu Store |
| 135 | Chronic Store |
| 136 | GHH07 Store |
| 137 | ha deng Store |
| 138 | ka ka Store |
| 139 | kupao Store |
| 140 | MMMLIFE Store |

| 141 | Shop5058255 Store |
|---|---|
| 142 | Shop5139014 Store |
| 143 | Shop5482072 Store |
| 144 | Shop5562077 Store |
| 145 | Shop5584129 Store |
| 146 | Shop5617061 Store |
| 147 | Shop5626248 Store |
| 148 | Shop5627115 Store |
| 149 | Shop5629213 Store |
| 150 | Shop5637207 Store |
| 151 | Shop5743274 Store |
| 152 | Shop5783176 Store |
| 153 | Shop5784743 Store |
| 154 | Shop5786416 Store |
| 155 | Shop5787050 Store |
| 156 | Shop5791080 Store |
| 157 | Shop5792177 Store |
| 158 | Shop5797127 Store |
| 159 | harry1 Store |
| 160 | Joyce wholesales Store |
| 161 | KimXY Resin & ribbon Store |
| 162 | L & X COLLECTIONS WHOLESALE STORE |
| 163 | OnceUponATime Store |
| 164 | Shop216466 Store |
| 165 | Shop4251011 Store |
| 166 | Shop934787 Store |
| 167 | topribbons Store |
| 168 | backdrop outlet Store |
| 169 | GFUITRR Printed Store |
| 170 | Luna backdrop Store |
| 171 | photo background backdrops Store |
| 172 | photo background Store |
| 173 | Sensfun background Store |
| 174 | TAIBO photography backdrops Store |
| 175 | Anime Fanatic Store |
| 176 | BJYXSZD Store |
| 177 | bud Store |
| 178 | LECO-official Store |
| 179 | RC Future Plush Store |
| 181 | AliExpres Store |
| 182 | FORUDESIGNS Drop Ship Store |
| 183 | FORUDESIGNS WORKSHOP store |
| 184 | instantarts Official Store |
| 185 | Kui Liu Official Store |
| 186 | Charms World |
| 187 | Helena`s store |
| 188 | JewelryFindings Store |
| 189 | RockyCharmy Store |

11

| | |
|---|---|
| 190 | Vintage Jewelry Factory |
| 191 | Ribboncrafts Store |
| 192 | Shop1803396 Store |
| 193 | Shop622948 Store |
| 194 | YJHSMY Official Store |
| 195 | Aimee: Store |
| 196 | earlfamily Official Store |
| 197 | Eason chan Store |
| 198 | glass cabochons Store |
| 199 | Hand Stamped Store |
| 200 | bingoinflatables |
| 201 | BingoQiMO inflatables design factory Store |